# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA as subrogee and assignee of Temecula Valley Unified Regional School District, | Case No: 5:19-CV-1190-PA-RAO **ORDER APPROVING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| Plaintiff, | |
| v. | |
| VIRGINIA E. SCHAUL | |
| Defendant. | |

Pursuant to the Parties' Joint Stipulation to Dismiss with Prejudice, signed and submitted to the Court on February 19, 2020, this Stipulation is hereby approved and the case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 20, 2020

_____

Percy Anderson
United States District Judge